AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
In Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>HOLMES, JAMES L | 2. Court or Organization<br><br>U.S. DISTRICT COU T. ARKANSAS | 3. Date of Report<br><br>4/29/05 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or aul-time)<br><br>U.S. DISTRICT JUDGE, ACTIVE | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br>○ Initial ● Annual ○ Final | 6. Reporting Period<br><br>1/1/04<br>to<br>12/31/04 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>600 W. CAPITOL AVENUE, #360<br>LITTLE ROCK, AR 72201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | DIRECTOR | SAINT THOMAS MORE SOCIETY OF ARKANSAS |
| 2. | GENERAL PARTNER | QUATTLEBAUM OROOMS TULL BURROW PLLC |

## II. AGREEMENTS. (Reporting individual only; see pp. 14 16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2000 | QUATILEBAUM GROOMS TULL BURROW PLLC PARTNERSHIP AGREEMENT PROVIDED FOR PAYMENT FOR A DEPARTING PARTNER'S INTEREST, WHICH WAS PAID UPON DEPARTURE. |

FINANCIAL DISCLOSURE OFFICE
2005 MAY 9 A 10: 47
RECEIVED

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS— transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. INVESTITURE COMMITTEE | JUDICIAL ROBE | $350 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMES, JAMES L | 4/29/05 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. QUATTLEBAUM GROOMS TULL BURROW PLLC | G | Distribution | | | SELL | 06/30 | K | | PARTNERSHIP |
| 2. NORTHWESTERN MUTUAL WHOLE LIFE | A | Dividend | J | T | | | | | |
| 3. TIAA-CREF | A | Interest | K | T | | | | | |
| 4. DELTA TRUST ACCOUNT | A | Interest | K | T | | | | | |
| 5. METROPOLITAN NATIONAL BANK ACCOUNT | A | Interest | J | T | | | | | |
| 6. QUATTLEBAUM, GROOMS, TULL & BURROW, PLLC 401(K) PLAN | | None | | | SELL | 10/19 | M | | |
| 7. IRA #1 | A | Dividend | M | T | | | | | |
| 8. - FRANKLIN RISING DIVIDENDS CLASS A | | | | | BUY | 10/20 | K | | |
| 9. - FRANKLIN SMALL CAP VALUE CLASS A | | | | | BUY | 10/20 | K | | |
| 10. - PRIME FUND - CAPITAL RESERVES CLASS | | | | | | | | | |
| 11. - TIMOTHY PLAN LRG/MID CAP CL A | | | | | BUY | 10/20 | K | | |
| 12. - TIMOTHY PLAN LARGE/MID CAP GROWTH CL A | | | | | BUY | 10/20 | K | | |
| 13. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 14. - EXXON MOBIL CORP | A | Dividend | | | | | | | |
| 15. - PEPSICO INC NC | A | Dividend | | | | | | | |
| 16. - PFIZER INC | A | Dividend | | | | | | | |
| 17. - UNIT VK SELECT 10 INDU ████ | A | Dividend | | | | | | | |
| 18. - WELLS FARGO & CO NEW | A | Dividend | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $M re than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLMES, JAMES L | 4/29/05 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. - LIQUID ASSET FUND # | A | Dividend | | | | | | | |
| 20. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 21. - FRANKLIN UTILITIES CLASS A | A | Dividend | K | T | BUY | 08/24 | K | | |
| 22. - PRIME FUND - CAPITAL RESERVES CLASS | A | Dividend | J | T | | | | | |
| 23. - VAN KAMPEN FOCUS PORT UNIT 416 SELECT 10 | A | Dividend | J | T | PART REDEMP | 06/25 | K | | |
| 24. - EXXON MOBIL CORP | A | Dividend | J | T | PART SELL | 06/21 | J | B | |
| 25. - GENERAL ELECTRIC CO | A | Dividend | J | T | BUY | 06/22 | J | | |
| 26. - FRANKLIN RISING DIVIDENDS CLASS A | A | Dividend | K | T | BUY | 08/24 | K | | |
| 27. - PEPSICO INC | A | Dividend | J | T | | | | | |
| 28. - PFIZER INC | A | Dividend | J | T | | | | | |
| 29. - WELLS FARGO & CO NEW | | None | | | SELL | 06/21 | K | B | |
| 30. - FRANKLIN DOUBLE TAX FREE INCOME CLASS A | A | Dividend | K | T | BUY | 08/24 | K | | |
| 31. - NVIDIA CORP | | None | J | T | BUY | 08/24 | J | | |
| 32. - STRYKER CORP | | None | J | T | BUY | 08/24 | J | | |
| 33. - FRANKLIN SMALL-MID CAP GROWTH A | | None | K | T | BUY | 08/24 | J | | |
| 34. - TIMOTHY PLAN LARGE/MID CAP GROWTH CL A | | None | K | T | BUY | 08/24 | K | | |
| 35. - TIMOTHY PLAN LRG/MID CAP CLA A | | None | K | T | BUY | 08/24 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $60,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part VII, page 1, line 13 through line 19 - This brokerage account #1 was closed and the listed accounts were transferred into brokerage account #2 shown on line 20 through line 35.

PART VII, Page, line 6 - This 401(k) account was rolled over to IRA account #1, listed on lines 7 through 12.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____       Date  May 3, '05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 WEST CAPITOL AVENUE, SUITE 360
LITTLE ROCK, ARKANSAS 72201-3325

J. LEON HOLMES
JUDGE

(501) 604-5360
FAX:(501) 604-5389

August 22, 2005

Honorable Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Lisi:

Thank you for your letter of August 1, 2005.

I did own the "Northwestern Mutual Whole Life" asset when I completed the nomination report on December 15, 2002. At that time, the cash value was $4,064.61. The failure to report it was a mistake on my part.

I did not own the "Delta Trust Account" at the time of the nomination report. That account was opened in July 2004.

The Morgan Stanley account listed in the December 15, 2002, report was a money market or cash equivalent account that ████████ I closed in the summer of 2004 at roughly the same time we opened the Delta Trust Account.

The asset identified in 2002 as "401k Federated Total Return Bond Fund" was my 401k account at my law firm. That asset is described in the report for year end 2004 under Part VII.A.6. as "Quattlebaum, Grooms, Tull & Burrow, PLLC 401(k) Plan."

I hope this information satisfactorily responds to your letter. If not, please let me know.

JLH/lcc